# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2015

Robert P. Young, Jr.,
Chief Justice

149879

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID WAYNE SPENCER,
      Defendant-Appellant.

SC: 149879
COA: 321714
Allegan CC: 12-017941-FC;
12-017942-FH

_____/

      On order of the Court, the application for leave to appeal the June 17, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2015



Clerk

d0422